■ In the Matter of MANHATTAN GOLD & SILVER, INC., Petitioner, v CHARLES J. HYNES et al., Respondents. [855 NYS2d 905]—Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondents to return the sum of $675,840.03 seized from the petitioner's bank account pursuant to a search warrant.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The extraordinary remedy of mandamus is available only to compel the performance of a ministerial act, and only when the petitioner has a clear legal right to the relief sought (*see Matter of Crain Communications v Hughes,* 74 NY2d 626 [1989]; *Matter of Kevilly v Honorof,* 287 AD2d 504 [2001]). Here, the petitioner failed to establish a clear legal right to the return of its property (*see Matter of Moss v Spitzer,* 19 AD3d 599 [2005]; *Matter of D'Agnese v Scher,* 306 AD2d 408 [2003]). Therefore, the petition must be denied and the proceeding dismissed. Rivera, J.P., Ritter, Miller and Dillon, JJ., concur.